# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

LISA GONZALEZ,

       Plaintiff,

v.                                                                    CV 09-715 GBW

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.


## ORDER

Plaintiff's Application to Proceed *In Forma Pauperis* is GRANTED.  IT IS ORDERED

that the commencement and prosecution of the above-entitled action is authorized without

the prepayment of the filing fee, costs, or security therefor.  However, any further

proceedings involving costs must be specifically authorized in advance by the Court.

IT IS SO ORDERED.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE


A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.