IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LISA GONZALEZ,

       Plaintiff,

v.                                                                                                          CV 09-715 GBW

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

## ORDER FOR SERVICE OF PROCESS

This matter is before the Court pursuant to 28 U.S.C. § 1915(d). It appearing to the Court that Plaintiff is proceeding under 28 U.S.C. § 1915 and that personal service of the summons and complaint is required in this matter, the U.S. Marshal shall serve the summons and complaint personally on Defendant(s) as directed by the Clerk.

IT IS SO ORDERED.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.